No. 333. The First National Bank of Defiance, Plaintiff in Error, v. William A. Kehnast et al.   In error to the Supreme Court of the State of Ohio.  Argued April 28 and May 1, 1916.  Decided May 22, 1916.  Per Curiam.  Dismissed for want of jurisdiction upon the authority of (1) Eustis v. Bolles, 150 U. S. 361; Chemical National Bank v. City Bank of Portage, 160 U. S. 646; Leathe v. Thomas, 207 U. S. 93; Mellon v. McCafferty, 239 U. S. 134.   (2) Leather Manufacturers' Bank v. Cooper, 120 U. S. 778, 781; Whittemore v. Amoskeag National Bank, 134 U. S. 527; Petri v. Commercial National Bank of Chicago, 142 U. S. 644; Hermann v. Edwards, 238 U. S. 107.  Mr. Robert Newbegin and Mr. Henry Newbegin for the plaintiff in error.  Mr. Tellis T. Shaw, Mr. Harold W. Fraser, Mr. Henry B. Harris and Mr. E. J. Marshall for the defendants in error.

---

No. 362. St. Louis & San Francisco Railroad Company, Plaintiff in Error, v. John H. Mounts.   In error to the Supreme Court of the State of Oklahoma.  Argued for plaintiff in error May 5, 1916.  Decided June 5, 1916.  Per Curiam.  Judgment reversed with costs and cause remanded for further proceedings upon the authority of Adams Express Co. v. Croninger, 226 U. S. 491; Missouri &c. Ry. v. Harriman, 227 U. S. 657; Atchison, Topeka &c. Ry. v. Robinson, 233 U. S. 173; Georgia, Florida &c. Ry. v. Blish Milling Co., 241 U. S. 190.  Mr. R. A. Kleinschmidt, Mr. W. F. Evans and Mr. E. H. Foster for the plaintiff in error.  No appearance for the defendant in error.